**DOCKET NUMBERS:  CR 24-0248 (NGG)**

**CRIMINAL CAUSE FOR GUILTY PLEA**

**Date Received By Docket Clerk:**_____        **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE: SEPTEMBER 5, 2024   TIME IN COURT** _1_ **HRS      MINS**

@ 11:00 AM.

**1. DEFENDANT: HECTOR MEDINA, JR.**

Present X   Not Present       Custody         Not Custody  X

**DEFENSE COUNSEL: JOSEPH VEITH**
  FEDERAL DEFENDER:               CJA:                    RETAINED: X

 **2. DEFENDANT:**

 Present       Not Present       Custody           Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:         CJA:              RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody     Not Custody**

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:  CJA:    RETAINED:**

**A.U.S.A.: ANDREW GRUBIN**

**COURT REPORTER: ANTHONY FRISOLONE**
**INTERPRETER:              LANGUAGE:**

| | |
|---|---|
| X     Change of Plea Hearing (~*Util-Plea Entered*) | ❑ Revocation of Probation contested |
| ❑       Arraignment | ❑ Sentencing on a violation |
| ❑       Bail Application | ❑  Motion Hearing |
| ❑       Violation | ❑  Hearing |
| ❑       Status Conference | ❑  Sentencing |
| ❑         Bail Violation Hearing | ❑  Motion for sentence reduction |
| ❑         Curcio Hearing | ❑ Oral Argument |
| ❑         Voir Dire Held          ❑          Jury selection | ❑  Jury trial |
| ❑         Jury Trial Death Penalty   ❑        Sentence enhancement Phase          ❑          Bench Trial Begun | |

**Speedy Trial Start :     Speedy Trial Stop:     CODE TYPE: XT**
**Do these minutes contain ruling(s) on motion(s)?     YES                          NO     X**

THE DEFENDANT WAIVES HIS RIGHT TO PROSECUTION BY INDICTMENT AND CONSENTS TO PROSECUTION BY INFORMATION. THE DEFENDANT PLEADS GUILTY TO THE SINGLE-COUNT INFORMATION. SENTENCING IS SCHEDULED FOR MONDAY, DECEMBER 30, 2024 AT 11:00 AM.